

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2020

No. 04-20-00202-CV

**MUSCULOSKELETAL IMAGING CONSULTANTS, LLC,**
Appellant

v.

**JAR ENTERPRISES, INC.** d/b/a Premier Medical Imaging,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-12957
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

The Appellant's Unopposed Second Motion for Extension of Time to File Brief on the Merits is hereby GRANTED. The Appellant's brief is due on or before August 14, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court